on appeal does not begin to run until the settlement and filing of the case and exceptions on appeal.

**THOMPSON-BONNEY CO.**, Respondent, v. **I. S. VAN LOAN CO.**, Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by the Thompson-Bonney Company against the I. S. Van Loan Company. No opinion. Motion denied, on condition that the defendant pay $10 costs and forthwith perfect the appeal and file the return in this court; otherwise, motion granted, with $10 costs.

**TIMERSON**, Appellant, v. **HOPEMAN** et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 20, 1907.) Action by Pearl Timerson, as, etc., against Eugene Hopeman and another.
PER CURIAM. Judgment and order affirmed, with costs.
SPRING and KRUSE, JJ., dissent.

**TITLE GUARANTEE & TRUST CO.**, Respondent, v. **MARCUSON** et al., Appellants. (Supreme Court, Appellate Term. April 10, 1907.) Appeal from Municipal Court, Borough of Manhattan, Eleventh District. Action by the Title Guarantee & Trust Company against Alexander S. Marcuson and another. From a Municipal Court judgment in favor of plaintiff, defendants appeal. Modified and affirmed. Samuel J. Rawak, for appellants. Albert A. Hovell, for respondent.
PER CURIAM. The action is for services in searching two titles. The defendants claim they never ordered the titles searched, and, in any event, plaintiff failed to perform its part of the alleged contract. There was a sharp conflict of proof, and the justice found for plaintiff in the sum of $102.75, the whole amount claimed, with $19.31 costs. It is, however, conceded by plaintiff's witness Pettit, corroborated by plaintiff's Exhibits 3 and 4, and not disputed by any other witness, that a commission of 15 per cent. was to be deducted from the claim in favor of defendant's attorney on the titles, which would reduce the claim for one title from $42.75 to $36.34, and the claim for the other title from $60 to $51, making a reduction from the original claim allowed of $102.75 to $87.34. The judgment should be modified, by reducing the damages from $102.75 to $87.34, and, as modified, affirmed, with appropriate costs in the court below, but without costs of this appeal.

**TITLE INS. CO. OF NEW YORK**, Respondent, v. **LOBEL**, Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by the Title Insurance Company of New York against Herman Lobel. No opinion. Judgment of the Municipal Court affirmed, with costs.

**TORRES**, Respondent, v. **FERNANDEZ**, et al., Appellants. (Supreme Court, Appellate Division, First Department. February 25, 1907.) Action by Joseph L. Torres against Andrew

Fernandez and others. C. K. Carpenter, for appellants. W. H. Ford, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**TOWER** et al., Respondents, v. **FREY** et al., Appellants. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Appeal from Special Term. Action by George W. Tower and others against Rose Frey and others. From an order granting leave to serve an amended complaint, defendants appeal. Order modified, and, as modified, affirmed.
PER CURIAM. We are not disposed to interfere with the disposition made of this motion at Special Term, except in the matter of costs, which, we think, in view of the nature of the amendments and the length of time that was allowed to elapse before the motion was made, are inadequate. As a condition the plaintiffs should have been required to pay the costs of the action up to the time of the amendments, including $10 costs of the motion, and the order should accordingly be modified, with $10 costs and disbursements of this appeal to the appellants.

**TOWNSHEND** v. **KEENAN** et al. (Supreme Court, Appellate Divison, First Department. March 27, 1907.) Action by John Townshend against Joseph P. Keenan, impleaded with others. No opinion. Motion denied. Order filed.

**TULL** v. **EQUITABLE LIFE ASS'N SOCIETY.** (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Herbert G. Tull against the Equitable Life Association Society. No opinion. Motion denied.

**UBART**, Respondent, v. **BALTIMORE & O. R. CO.**, Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by John Ubart, as administrator, etc., of Lizzie Ubart, deceased, against the Baltimore & Ohio Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

**UBART**, Respondent, v. **BALTIMORE & O. R. CO.**, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by John Ubart, as administrator, etc., of Lizzie Ubart, deceased, against the Baltimore & Ohio Railroad Company. No opinion. Motion denied, with costs.

**UNITED STATES CONDENSED MILK CO.**, Respondent, v. **BUCKNAM** et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) Action by the United States Condensed Milk Company against Alfred S. Bucknam and another. No opinon. Order affirmed, with $10 costs and disbursements.

**UNITED STATES TITLE GUARANTY & INDEMNITY CO.**, Appellant, v. **GRIFFIN**, Respondent. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action

by the United States Title Guaranty & Indemnity Company against Elizabeth Griffin. H. Hirsch, for appellant. J. C. Tomlinson, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

VAN EMDEN v. CENTRAL CONSUMERS' WINE CO. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by Eva Van Emden against the Central Consumers' Wine Company. No opinion. Motion denied, with $10 costs. Order filed.

VAN KANNEL DOOR CO. v. W. & J. SLOAN et al. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by the Van Kannel Door Company against W. & J. Sloan, impleaded. No opinion. Motion denied, with $10 costs. Order filed.

VAN NOSTRAND et al., Respondents, v. VAN NOSTRAND et al., Appellants (two cases). (Supreme Court, Appellate Division, Second Department. March 22, 1907.) Actions by Gardiner Van Nostrand and others against Frances Stanton Van Nostrand and others. No opinion. Appeals dismissed, without costs, on stipulation of parties, and orders signed.

VEHRLEN, Respondent, v. MUSICA, Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Benjamin Vehrlen against Antonio Musica. No opinion. Judgment and order unanimously affirmed, with costs.

VILLAGE OF WAVERLY v. WAVERLY WATER CO. et al. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) Action by the village of Waverly against the Waverly Water Company, Fred A. Sawyer, as trustee, etc., and George H. Goff. No opinion. Motion for leave to go to Court of Appeals granted, and question certified as follows: Was it necessary for the plaintiff, before beginning this action, to take the proceedings and to comply with chapter 723, p. 2022, of the Laws of New York for the year 1905, and to procure the consent of the state water supply commission, as in said act required?

VOELLER et al., Appellants, v. BIEG, Respondent. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Frederick Voeller and another against Henry Bieg.
PER CURIAM. Judgment of the Municipal Court affirmed, with costs.
HOOKER, J., dissents.

VOIGTMAN et al., Appellants, v. McLELLAN et al., Respondents. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Frank Voigtman and another against Herbert B. McLellan and others. W. F. Earp, for appellants. J. G. Roe, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

In re VOKE et al. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) In the matter of the petition of Thomas Voke and others for surplus moneys, etc. No opinion. Order affirmed, with $10 costs and disbursements.

WAHL, Appellant, v. CITY OF NIAGARA FALLS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department, March 6, 1907.) Action by Martha Wahl against the city of Niagara Falls and others. No opinion. Judgment affirmed, with costs.

WALKER, Respondent, v. KEAR, Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Theresa Walker against Harry Boyd Kear. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

WALLACE v. MEEKER et al. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Charles L. Wallace against Samuel M. Meeker and another. No opinion. Order affirmed, with $10 costs and disbursements.

WALLINGFORD, Respondent, v. KAISER, Sheriff, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) Action by Frank E. Wallingford against Harry Kaiser, as sheriff, etc. No opinion. Judgment and order affirmed, with costs.

WALSH, Appellant, v. DENNISON, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) Action by Matthew F. Walsh, individually, etc., against Sarah Dennison. No opinion. Order affirmed, with $10 costs and disbursements.

WARDWELL et al., Respondents, v. FRANKLIN, Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Henry L. Wardwell and another against Benjamin W. Franklin. J. H. Tompkins, for appellant. F. E. Blackwell, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WARREN et al., Respondents, v. OCEAN VIEW CEMETERY et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) Action by Ogle T. Warren and others, as executors of the will of George B. Warren, deceased, against the Ocean View Cemetery and another. No opinion. Judgment unanimously affirmed, with costs.
(119 App. Div. 856)

WARREN BROS. CO. v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Submission of controversy on an agreed statement of facts between the Warren Bros. Company and the city of New York. Judgment ordered for defendant. Chase Mellen (W. W. Niles, on the brief), for plaintiff. William B. Ellison, Corp. Counsel (Terence Farley and Theodore Connoly, on the brief), for defendant. L. Laflin Kellogg, for Barber Asphalt Pavement Co.